U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED MAR 1 8 1999
RICHARD T. MARTIN
CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAW CONSTRUCTORS, INC. | * | CIVIL ACTION |
| VERSUS | * | NO. 99-254 |
| ICF KAISER ENGINEERS, INC., HENRY J. KAISER COMPANY, PCS NITROGEN FERTILIZER, L.P., PCS NITROGEN FERTILIZER, INC., PCS NITROGEN, INC., AND POTASH CORPORATION OF SASKATCHEWAN INC. | * | SECTION "C" |
| | * | MAG. ( / ) |

* * * * * * * *

## NOTICE OF REMOVAL

**TO:** Shaw Constructors, Inc.
Through its attorneys of record,

Eric A. Kracht, Esq.
Wray & Kracht, L.L.P.
5643 Corporate Blvd.
P. O. Box 80239
Baton Rouge, LA 70898-0239

Patrick W. Pendley, Esq.
Pamela M. Pendley, Esq.
Patrick W. Pendley, A.P.L.C.
58005 Meriam Street
P. O. Box 71
Plaquemine, LA 70765-0071

**PLEASE TAKE NOTICE** that Potash Corporation of Saskatchewan, Inc., PCS Nitrogen Fertilizer Operations, Inc. (erroneously designated "PCS Nitrogen Fertilizer, Inc."), PCS Nitrogen, Inc., and PCS Nitrogen Fertilizer, L.P. (collectively, "PCS"), and ICF

3:99-cv-00254 1 - 1
DATE: 03/18/99 DEPUTY CLERK: nl

Kaiser Engineers, Inc., Henry J. Kaiser Company (collectively, "Kaiser"), defendants in that certain proceeding entitled "Shaw Constructors, Inc. versus ICF Kaiser Engineers, Inc. and PCS Nitrogen Fertilizer, L.P., et al," bearing No. 51,792 Division "D" on the docket of the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, on March 18, 1999, filed in the United States District Court, Middle District of Louisiana, their Notice to effect the removal of said Civil Action to the United States District Court for the Middle District of Louisiana.

A copy of said Notice is herewith served upon you as counsel of record for Shaw Constructors, Inc., and a copy of said Notice is being filed with the Clerk of the aforesaid State Court, in conformity with 28 U.S.C. § 1446(d) as amended.

PCS and Kaiser respectfully represent that the grounds for the removal are as follows:

1.

On February 23, 1999, a petition entitled "Shaw Constructors, Inc. versus ICF Kaiser Engineers, Inc. and PCS Nitrogen Fertilizer, L.P., et al," was filed in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, bearing No. 51,792, Division "D" on the docket of said Court, which is within the Middle District of Louisiana.

2.

Service of process of the Petition was made on Henry J. Kaiser Company through its agent for service of process, Corporation Service Company, on March 1, 1999. Service of process was made on

ICF Kaiser Engineers, Inc. through its agent for service of process, Corporation Service Company, on March 1, 1999. Service of process was made on Potash Corporation of Saskatchewan, Inc. by certified mail under La. R.S. 13:3201 on or about March 8, 1999. Service of process was made on PCS Nitrogen Fertilizer, L.P. through its agent for service of process, CT Corporation System, on March 1, 1999. Service of process was made on PCS Nitrogen, Inc. by certified mail under La. R.S. 13:3201 on or about February 26, 1999. PCS Nitrogen Fertilizer Operations, Inc. (erroneously designated "PCS Nitrogen Fertilizer, Inc.," an entity which does not exist) has not been served with process in this matter. Thirty days have not elapsed since the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action is based.

3.

The aforesaid petition seeks recovery from defendants of damages exceeding $5,050,037. A copy of the petition is attached to this notice.

4.

At the time of the filing of the petition, Shaw Constructors, Inc. was a Louisiana corporation with its principal place of business in Baton Rouge, Louisiana.

5.

At the time of the filing of the petition, ICF Kaiser Engineers, Inc. was an Ohio corporation, with its principal place of business in Fairfax, Virginia.

6.

At the time of the filing of the petition, Henry J. Kaiser Company was a Nevada corporation, with its principal place of business in Fairfax, Virginia.

7.

At the time of the filing of the petition, PCS Nitrogen Fertilizer Operations, Inc. was a Delaware corporation with its principal place of business in Memphis, Tennessee.

8.

At the time of the filing of the petition, Potash Corporation of Saskatchewan was a Canadian corporation with its principal place of business in Saskatoon, Saskatchewan.

9.

At the time of the filing of the petition, PCS Nitrogen Fertilizer, L.P. was a Delaware limited partnership composed of one general partner and one limited partner. The general partner was PCS Nitrogen Fertilizer Operations, Inc. and the limited partner was PCS L.P., Inc., a Delaware corporation with its principal place of business in Memphis, Tennessee.

10.

At the time of the filing of the petition, PCS Nitrogen, Inc. was a Delaware corporation with its principal place of business in Memphis, Tennessee.

11.

The above described action is one over which the United States District Court has original jurisdiction pursuant to 28 U.S.C. §

1332, inasmuch as the matter is between citizens of different states and the matter in controversy exceeds the sum of $75,000.0, exclusive of interest and costs. Therefore, pursuant to the provisions of 28 U.S.C. § 1441, this case has been removed to the United States District Court for the Middle District of Louisiana.

12.

Defendants are filing with the United States District Court for the Middle District of Louisiana this Notice and copies of all process, pleadings and orders served upon them.

13.

Promptly after the filing of this Notice of Removal in the United States District Court for the Middle District of Louisiana, a copy of this Notice will be filed with the Clerk of the aforesaid State Court to effect the removal of such Civil Action to the United States District Court, Middle District of Louisiana as provided by law.

PREAUS, RODDY & KREBS

EUGENE R. PREAUS, T.A. (10700)
JENNIFER M. LAWRENCE (23829)
650 Poydras Street, Suite 1650
New Orleans, LA 70130
Telephone: (504) 523-2111

ATTORNEYS FOR POTASH CORPORATION OF SASKATCHEWAN, INC., PCS NITROGEN FERTILIZER OPERATIONS, INC., PCS NITROGEN, INC., AND PCS NITROGEN FERTILIZER, L.P.

DEUTSCH, KERRIGAN & STILES, L.L.P.

CHARLES F. SEEMAN, JR., T.A. (11912)
TERRENCE L. BRENNAN (3434)
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141

ATTORNEYS FOR ICF KAISER ENGINEERS, INC., and HENRY J. KAISER COMPANY

SHAW CONSTRUCTORS, INC.

VERSUS

ICF KAISER ENGINEERS, INC., AND PCS NITROGEN FERTILIZER, L.P., ET AL

NUMBER 51,792 DIV. D

18TH JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

## *Petition*

The petition of Shaw Constructors, Inc., (*f/k/a* United Crafts, Inc. A Shaw Grou Company), a Louisiana corporation domiciled in East Baton Rouge Parish, Louisiar (hereinafter referred to as "Shaw") respectfully represents:

1.

Made defendants herein are:

A. ICF Kaiser Engineers, Inc., a foreign corporation, authorized to do and doing business in Louisiana;

B. Henry J. Kaiser Company, a foreign corporation, authorized to do and doing business in Louisiana;

(ICF Kaiser Engineers, Inc. and Henry J. Kaiser Company are sometimes referred to collectively as "Kaiser");

C. PCS Nitrogen Fertilizer, L.P. (*a/k/a or f/k/a* "Arcadian Fertilizer, L.P.") a foreign limited partnership authorized to do and doing business in Louisiana;

D. PCS Nitrogen Fertilizer, Inc., a foreign corporation;

E. PCS Nitrogen, Inc., a foreign corporation; and

F. Potash Corporation of Saskatchewan Inc., a foreign corporation;

(PCS Nitrogen Fertilizer, L.P. (*a/k/a or f/k/a* "Arcadian Fertilizer, L.P.") and PCS Nitrogen Fertilizer, Inc. and PCS Nitrogen, Inc. and Potash Corporation of Saskatchewan Inc. are sometimes referred to collectively as "PCS Nitrogen").

2.

Kaiser (as "Contractor") entered into a contract with PCS Nitrogen (as "Owne to design and construct a project referred to as the *1265 STPD Nitric Acid Faci* (hereinafter "the Project") at the PCS Nitrogen facility near Geismar, Louisiana.

3.

Kaiser and Shaw entered into a contract styled "Subcontract No. 67856-300 dated January 16, 1998 (hereinafter the "Subcontract"). Under the Subcontract, Sha agreed to provide labor, equipment, materials and other construction services includin but not limited to, civil/structural construction, mechanical equipment installatio piping fabrication, and piping erection. Shaw's work was to be performed at "Owner Jobsite, Geismar, Louisiana." Kaiser agreed to pay Shaw $5,063,882 for the wo specified in the Subcontract.

4.

Shaw began work at the owner's jobsite in Geismar, Louisiana, on March 9, 199 During Shaw's performance of its work under the Subcontract, Kaiser made changes an additions thereto which increased Shaw's costs of performance and delayed Shaw completion.

5.

On or about October 5, 1998, Kaiser and Shaw entered into an agreement style "Subcontract Change Order No. 1" which amended the Subcontract. In material pa that agreement changed the scope of work and modified the payment provisions of t original Subcontract.

6.

Under the Subcontract, as amended, Kaiser agreed to make payments to Sh within 45 days after receipt of Shaw's invoices.

7.

As Shaw's work on the Project progressed, Kaiser failed to make timely payme as specified in the Subcontract. As a result of Kaiser's material breach of Subcontract, Shaw considered suspending work and/or terminating the Subcontract, so advised Kaiser.

8.

On January 12, 1999, representatives of Shaw and Kaiser met and agreed tc "Recovery Plan" the purpose of which was to induce Shaw to continue its performan of the subject Subcontract and another contract on a separate project. Under t "Recovery Plan", Kaiser agreed, among other things, to make a series of schedul payments to Shaw, (which included certain interest penalties on past due amounts a other late payments) and to obtain a payment bond to secure payment for the remaind of Shaw's work on the Project. Kaiser also acknowledged there there was no dispute to Shaw's entitlement to full payment of all invoices rendered by Shaw, as of that dat

9.

In reliance upon Kaiser's promises under the "Recovery Plan" Shaw continu work on the Subcontract and incurred additional costs. Kaiser performed a portion its obligations under the "Recovery Plan" but failed to make all payments in accordan therewith, failed to obtain a payment bond, and failed to make full payment for Shaw work.

10.

On or about January 26, 1999, while Kaiser stood in material breach of both tl Subcontract and the "Recovery Plan", Kaiser unilaterally and in bad faith terminated t! Subcontract and directed Shaw to discontinue work at the jobsite.

11.

The work, materials and services provided by Shaw pursuant to the Subcontra prior to its termination, had a price and value of $11,442,864. Of that amount, Kai has paid only $6,392,827, leaving a balance of $5,050,037. Despite amicable dema Kaiser has failed and refused to pay Shaw for those sums which are due and paya under the Subcontract.

12.

In addition to the sums earned under the Subcontract, and the contractual agreed upon interest thereon, Shaw is entitled to recover the profit it would have earn on the remaining work under the Subcontract, had Kaiser not terminated th Subcontract.

13.

On January 27, 1999, Shaw filed and recorded a *Statement of Claim, Lien an Privilege* in Mortgage Book 324, Entry 173 of the official records of Iberville Parish. O February 17, 1999, Shaw recorded an *Amended and Supplemental Lien Affidavit an Statement of Claim and Privilege* in Mortgage Book 325, Entry 041. Copies of thos documents are annexed hereto and made a part hereof as Exhibit A and Exhibit B respectively.

14.

Copies of Exhibit A were sent to PCS Nitrogen via certified mail. PCS Nitrogen received copies of Exhibit A. Copies of Exhibit B were sent to Kaiser and PCS Nitrogen via Certified Mail.

15.

The owner(s) of the property whereon Shaw's work was performed did not require its general contractor to furnish and maintain a bond as required by La. R. S. 9:4812, nor did the owner(s) file (or cause to be filed) a proper and timely notice of the contract (with bond attached) as required by La. R. S. 9:4811.

16.

Pursuant to the Private Works Act, La. R. S. 9:4801 *et. seq*. Shaw has a claim against the owner(s) of the property whereon the work was performed for the price of its work. Shaw's claim against the owner(s) is secured by a privilege on the immovable on which its work was performed.

17.

The tract of immovable property upon which Shaw's work was performed (moi particularly described in Exhibits A and B) is situated in two parishes; namely, Ibervil Parish and Ascension Parish. Shaw alleges on information and belief that the owner(s of the property on which its work was performed is (are) PCS Nitrogen Fertilizer, L.I *(a/k/a or f/k/a* "Arcadian Fertilizer, L.P."), and/or PCS Nitrogen Fertilizer, Inc., and/or PC. Nitrogen, Inc. and/or Potash Corporation of Saskatchewan Inc.

18.

The owner(s) of the subject property are indebted to Shaw for the unpaid portio of the Subcontract price, $5,050,037, together with legal interest from due date unti paid, plus the costs of filing the statements of claim and privilege, plus all costs anc attorney's fees expended for the establishment and enforcement of its claim anc privilege, and for all other costs of these proceedings.

19.

Kaiser is indebted to Shaw for the sum of $5,050,037, together with contractually agreed upon interest from due date until paid, and for all damages, foreseeable or not, attributable to Kaiser's bad faith breach of its contractual obligations (including but not limited to lost profits), and for all other costs of these proceedings.

WHEREFORE, Shaw Constructors, Inc. prays for judgment in its favor, and against ICF Kaiser Engineers, Inc., Henry J. Kaiser Company, PCS Nitrogen Fertilizer, L.P. *(f/k/a* Arcadian Fertilizer, L.P.), PCS Nitrogen Fertilizer, Inc., PCS Nitrogen, Inc. and Potash Corporation of Saskatchewan Inc., for such damages as are reasonable in the premises, together with interest from due date until paid reasonable attorney's fees and for all costs of these proceedings.

Shaw Constructors, Inc. further prays for judgment in its favor recognizing and enforcing its privilege upon and against the immovable property upon which its work was performed, as described in Exhibits A and B annexed hereto.

By Attorneys:

**Patrick W. Pendley, A.P.L.C.**
58005 Meriam Street
P. O. Box 71
Plaquemine, LA 70765-0071
*phone* (225) 687-6396
*fax* (225) 687-6398

Patrick W. Pendley
Bar Roll No.10421
Pamela M. Pendley
Bar Roll No. 23546
*Attorneys for Shaw Constructors, Inc.*

**Wray & Kracht, L.L.P.**
5643 Corporate Boulevard
P. O. Box 80239
Baton Rouge, LA 70898-0239
*phone* (225) 928-3200
*fax* (225) 928-3266

Eric A. Kracht
Bar Roll No. 7912
David W. Carley
Bar Roll No. 25607
*Attorneys for Shaw Constructors, Inc.*

**Please Serve:**

**ICF Kaiser Engineers, Inc.**
*through is registered agent for service of process*
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

**Henry J. Kaiser Company**
*through is registered agent for service of process*
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

**PCS Nitrogen Fertilizer, L.P.**
**(*a/k/a or f/k/a* "Arcadian Fertilizer, L.P.")**
*through is registered agent for service of process*
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA 70809

**PCS Nitrogen, Inc.**
*via Long Arm (La.R.S. 13:3204)*
CT Corporation System
530 Gay Street
Knoxville, TN 37902

**Potash Corporation of Saskatchewan Inc.**
*via Long Arm (La.R.S. 13:3204)*
Mr. John Hampton
Senior Vice President
Chief Legal Counsel
Suite 500
122-1st Avenue South
Saskatoon, SK S7K7G3 CANADA

1999 FEB 22 A 10: 57

MORTGAGE BOOK 324 ENTRY 173
IBERVILLE PARISH, LOUISIANA

STATEMENT OF CLAIM, LIEN AND PRIVILEDGE

Be it known that on this 27th day of January 1999, BEFORE ME, a notary public in and for the State of Louisiana, did personally appear the undersigned who being duly sworn did depose and say that:

1. The affiant is the Executive Vice President of Shaw Constructors, Inc. 15556 Perkins Rd. Baton Rouge, LA 70801, a Louisiana corporation (hereinafter the "Claimant"), is duly authorized to make this affidavit and is fully cognizant of the facts set forth herein which are true and correct to the best of his knowledge, information and belief;

2. Claimant provided labor, materials or services including but not limited to civil/structural construction, mechanical equipment installation, piping fabrication and piping erection.

3. Said labor, material or services were actually provided by Claimant to ICF Kaiser Engineers, Inc., Gateway View Plaza 1600 West Carson St. Pittsburgh, PA 15219, pursuant to a subcontract dated January 16, 1998;

4. Said labor, material or services were actually use in the construction of the PCS Nitrogen Fertilizer, LP. --1265 TPD Nitric Acid Plant located in Geismer, LA which property is further described in Attachment 1 hereto;

5. ICF Kaiser Engineering, Inc. is truly, justly and legally liable to Claimant in the amount of $1,389,707.04 for the previously described labor, materials and services as further itemized in Attachment 2 hereto;

This affidavit is made for the purpose of preserving the Claim, Lien and Privilege granted by law to Shaw Constructors, Inc. on the previously described property, including all improvements thereon.

WITNESSES

Carolyn M. Dellatazga [signature]

Penny M. Duhe [signature]

[signature]
Douglas R. Fussell
Executive Vice President
Shaw Constructors, Inc.

SWORN TO AND SUBSCRIBED TO before me at Baton Rouge, LA on this 27th day of January 1999.

[signature]
Notary Public

EXHIBIT
"A"

LEGAL DESCRIPTION
SOUTH TRACT

A TRACT OF LAND LOCATED IN SECTIONS 74, 75, & 79, T9S-R1E, SECTIONS 38, 39, & 40, T9S-R2E, SOUTHEASTERN DISTRICT, EAST OF MISSISSIPPI RIVER, ASCENSION & IBERVILLE PARISH, LOUISIANA

COMMENCE AT THE N.E. CORNER OF SECTION 52, T9S-R2E, LOCATED AT STATE PLANE COORDINATES X-2,091,269.00 & Y-576,654.43; THENCE S 18°10' 15"W 9397.37' TO THE POINT OF BEGINNING, SHOWN AS POINT BEGINNING GEISMAR 1st ACQUISITION, IBERVILLE & ASCENSION PARISH, SHEET 1 OF 3, LOCATED AT STATE PLANE COORDINATES X-2,088,338.28, & Y-567,725.22; THENCE FROM SAID POINT OF BEGINNING S 71° 58' 37"E 18.42' TO POINT AND CORNER; THENCE S 18°01' 23"W 162.00' TO POINT AND CORNER; THENCE S 71°58' 37"E 630.00' TO POINT AND CORNER; THENCE N 18°01' 23"E 300.00' TO POINT AND CORNER; THENCE S 71° 58' 37"E 195.00' TO POINT AND CORNER; THENCE S 18°01' 23"W 1835.57' TO POINT AND CORNER LOCATED ON THE ARC OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT A DISTANCE OF 124.33' WHICH HAS A RADIUS OF 533.81' AND LONG CHORD OF 124.05' WHICH BEARS S 15°18' 15"E; THENCE S 21°58' 35"E 10.65' TO POINT AND CORNER; THENCE S 18°01' 23"W 477.62' TO POINT AND CORNER; THENCE N 71° 58' 37"W 150.00' TO POINT AND CORNER; THENCE S 18°01' 23"W 363.85' TO THE SOUTHERLY RIGHT OF WAY LINE OF THE ILLINOIS CENTRAL RAILROAD; THENCE ALONG THE SOUTHERLY RIGHT OF WAY LINE OF THE ILLINOIS CENTRAL RAILROAD S 58°26' 29"E 1440.00' TO THE EASTERLY LINE OF SECTION 40,T9S-R2E; THENCE S 18°01' 24"W 60.16' TO POINT AND CORNER; THENCE N 58°26' 28"W 613.10' TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT 478.45' WHICH HAS A RADIUS OF 264.77' AND A LONG CHORD OF 415.95' WHICH BEARS S 69°47' 27"W; THENCE S 18° 01' 23"W 355.47' TO THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 75; THENCE ALONG THE NORTHERLY RIGHT OF WAY OF LA ROUTE 75 N 82°20' 54"W 78.51' TO THE PROPERTY LINE COMMON TO ALLIED - SIGNAL CORPORATION AND ARCADIAN FERTILIZER,L. P.; THENCE ALONG SAID COMMON PROPERTY LINE N 18°01' 23" E 219.78' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE N 71° 58" 37"W 300.00' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE S 18°01' 23"W 100.00' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE S 71° 58" 37"E 250.00' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE S 18°01' 23"W 129.07' TO THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 75; THENCE ALONG THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 75 N 82°20' 54"W 195.77' TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT A DISTANCE OF 282.38' WHICH HAS A RADIUS OF 4758.83' AND A LONG CHORD OF 282.34' WHICH BEARS N 84° 11' 53"W ; THENCE CONTINUING ALONG THE RIGHT OF WAY OF LA ROUTE 75 N 85°53' 53"W 908.35' TO POINT AND CORNER; THENCE S 18°01' 23"W 852.09' TO THE MEAN LOW WATER MARK OF THE MISSISSIPPI RIVER; THENCE FOLLOWING THE MEANDER LINE OF THE MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER N 88° 09' 54"W 21.73'; THENCE N 81°01' 26"W 150.25'; THENCE N 80°21' 37"W 210.16'; THENCE N 80°13' 24"W 189.72'; THENCE N 83°17' 38"W 200.22'; THENCE N 88°57'58"W 213.44'; THENCE LEAVING THE MEANDER LINE OF THE MISSISSIPPI RIVER N 18°02' 07"E 4698.75' TO POINT AND CORNER; THENCE S 71°58' 37"E 1200.82' (526.86+692.39-18.42) TO THE POINT OF BEGINNING, LESS AND EXCEPT THE FOLLOWING TRACTS OF LAND LOCATED WITHIN THE ABOVE DESCRIPTION.

EXHIBIT
1

625

LESS AND EXCEPT ALLIED – SIGNAL TRACT
A CERTAIN TRACT OF LAND LOCATED IN SECTION 74, T9S–R1E AND SECTIONS 39 & 40 T9S–R2E, SOUTHEASTERN DISTRICT, EAST OF MISSISSIPPI RIVER, ASCENSION AND IBERVILLE PARISH, LOUISIANA.

COMMENCE AT THE N.E. CORNER OF SECTION 52, T9S–R2E, LOCATED AT STATE PLANE COORDINATES X=2,091,269.00 & Y=576,654.43; THENCE S 18°10' 15"W 9397.87'; THENCE N 71° 58' 37"W 573.96' (692.38–18.42–100.00)TO THE EASTERLY RIGHT OF WAY LINE OF LA ROUTE 3115; THENCE ALONG SAID RIGHT OF WAY LINE OF LA ROUTE 3115 S 18° 14' 38"W 2102.14' TO THE POINT OF BEGINNING; THENCE FROM SAID POINT OF BEGINNING S 58° 26' 30"E 1249.63' TO POINT AND CORNER; THENCE S 18° 01' 23"W 240.78' TO POINT AND CORNER; THENCE N 65° 43' 25"W 384.47' TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT 194.03' WHICH HAS A RADIUS OF 164.94' AND A LONG CHORD OF 183.03' WHICH BEARS S 80° 34' 36"W; THENCE S 46° 52' 32"W 183.79' TO POINT AND CORNER; THENCE S 46° 52' 36"W 26.33' TO POINT AND CORNER; THENCE S 18° 01' 23"W 96.05' TO POINT AND CORNER: THENCE N 71° 58' 37"W 585.84' TO THE EASTERLY RIGHT OF WAY LINE OF LA ROUTE 3115 ; THENCE ALONG THE EASTTERLY RIGHT OF WAY LINE OF LA ROUTE 3115 N 18° 19' 04"E 709.88'; THENCE N 18° 14' 38"E 145.96' TO THE POINT OF BEGINNING. CONTAINING AN AREA OF 15.90986 ACRES.

LESS AND EXCEPT SULFURIC ACID PLANT
A CERTAIN TRACT OF LAND LOCATED IN SECTIONS 39 & 40, T9S–R2E SOUTHEASTERN DISTRICT EAST OF MISSISSIPPI RIVER, ASCENSION AND IBERVILLE PARISH, LOUISIANA.

COMMENCE AT THE N.E. CORNER OF SECTION 52, T9S–R2E LOCATED AT STATE PLANE COORDINATES X=2,091,269.00 & Y=576,654.43; THENCE S 18° 10' 15"W 9397.87'; THENCE S 18° 01' 14"W 2096.18'; THENCE S 58° 26' 30"E 651.42'; THENCE S 18° 01' 23"W 363.35' TO THE POINT OF BEGINNING; THENCE FROM SAID POINT OF BEGINNING N 71° 58' 37"W 66.00' TO POINT AND CORNER; THENCE S 18° 01' 23"W 113.00' TO POINT AND CORNER; THENCE S 71° 58' 37"E 66.00' TO POINT AND CORNER; THENCE S 18° 01' 23"W 87.00' TO POINT AND CORNER; THENCE N 71° 58' 37"W 646.01' TO POINT AND CORNER; THENCE N 18° 01' 23"E 96.05' TO POINT AND CORNER; THENCE N 46° 52' 36"E 26.33' TO POINT AND CORNER; THENCE N 46° 52' 32"E 183.79 TO THE BEGINNING OF A CURVE TO THE RIGHT; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT 194.03' WHICH HAS A RADIUS OF 164.94' AND A LONG CHORD OF 183.03' WHICH BEARS N 80° 34' 36"E; THENCE S 65° 43' 25"E 384.47' TO POINT AND CORNER; THENCE S 18° 01' 23"W 122.57' TO THE POINT OF BEGINNING. CONTAINING AN AREA OF 4.5615 ACRES

THE TOTAL NET AREA OF THE ABOVE DESCRIBED SOUTHERN TRACT, LESS AND EXCEPT ALLIED – SIGNAL & SULFURIC ACID PLANT TRACTS, CONTAINING 176.7667 ACRES ALL AS SHOWN ON SURVEY PREPARED BY CARL L. MISTRIC, REGISTERED PROFESSIONAL LAND SURVEYOR, DATED APRIL 10,1992.

LEGAL DESCRIPTION
NORTH TRACT

A CERTAIN TRACT OF LAND LOCATED IN SECTIONS 19, 20, 25, 31, 32, 51, 52 & 55 T9S-R2E, SOUTHEASTERN DISTRICT, EAST OF MISSISSIPPI RIVER, ASCENSION AND IBERVILLE PARISH, LOUISIANA.

COMMENCE AT THE N.E. CORNER OF SECTION 52, T9S-R2E, LOCATED AT STATE PLANE COORDINATES X-2,091,269.00 & Y-576,654.43; THENCE S 18° 11' 30"W 1670.95' TO THE POINT OF BEGINNING: THENCE FROM SAID POINT OF BEGINNING N 57° 26' 34"E 1835.44' TO THE SOUTHERLY RIGHT OF WAY LINE OF LA ROUTE 74; THENCE ALONG THE SOUTHERLY RIGHT OF WAY LINE OF LA ROUTE 74 S 69° 39' 34"E 1730.05'; THENCE ALONG THE ARC OF A CURVE TO THE LEFT 486.37' WHICH HAS A RADIUS OF 1224.78' AND A LONG CHORD OF 485.02' WHICH BEARS S 77° 03' 07"E; THENCE S 5° 33' 20"W 5.00': THENCE S 84° 26' 40"E 1336.35' (1071.99 +254.36); THENCE ALONG THE ARC OF A CURVE TO THE LEFT 660.55' WHICH HAS A RADIUS OF 1406.70' AND A LONG CHORD OF 660.34' WHICH BEARS N 81° 58'51"E; THENCE N 68° 24' 22"E 4812.82'; THENCE S 21° 35' 38"E 10.00'; THENCE N 68° 24' 22"E 492.22' TO POINT AND CORNER; THENCE LEAVING THE SOUTHERLY RIGHT OF WAY OF LA ROUTE 74 S 8° 58' 45"W 3029.77' TO POINT AND CORNER; THENCE S 65° 10' 38"W 2245.23' TO THE SOUTHERLY RIGHT OF WAY OF GULF STATES UTILITIES COMPANY POWER LINE; THENCE ALONG SAID GSU R/W LINE N 59° 14' 25"W 1077.56' TO POINT AND CORNER; THENCE S 18° 01' 23"W 1649.17' TO POINT AND CORNER; THENCE S 33° 58' 06"W 1537.02' TO THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 30; THENCE ALONG THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 30 ALONG THE ARC OF A CURVE TO THE LEFT 502.07' WHICH HAS A RADIUS OF 5790.00' AND A LONG CHORD OF 501.91' WHICH BEARS N 71° 14' 37"W; THENCE N 73° 43' 40"W 6768.32'(1979.99+ 4253.88+534.45); THENCE N 27° 50' 14"W 71.64'; THENCE N 73° 43' 40"W 100.04'; THENCE S 62° 03' 46"W 73.89'; THENCE N 73° 43' 40"W 488.47' TO POINT AND CORNER; THENCE FROM LA ROUTE 30 RIGHT OF WAY N 18° 09' 30"E 2093.77' TO POINT AND CORNER; THENCE S 71° 58' 37"E 1049.92' TO POINT AND CORNER; THENCE N 57° 26' 34"E 247.24' TO THE POINT OF BEGINNING, CONTAINING A TOTAL AREA OF 865.1896 ACRES. ALL AS SHOWN ON SURVEY, SHEET 2 OF 3, PREPARED BY CARL L MISTRIC, REGISTERED PROFESSIONAL LAND SURVEYOR, DATED APRIL 10, 1992, AS UP-DATED APRIL 21, 1992.

EXHIBIT "B"

Metes and Bounds
of Real Property
Underlying Excluded Assets

LEGAL DESCRIPTION

A TRACT OF LAND LOCATED IN SECTION 40, T9S-R2E, SOUTHEASTERN DISTRICT, EAST OF RIVER, ASCENSION PARISH, LOUISIANA AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:
COMMENCE AT A 2" IRON PIPE LOCATED AT THE NORTHEAST CORNER OF SECTION 52, T9S-R2E, AT STATE PLANE COORDINATES X=2091269.00 & Y=576651.43; THENCE S 12°32'11" W 12773.81' TO THE POINT OF BEGINNING AT STATE PLANE COORDINATES X= 2088196.34 & Y=564183.16, LOCATED ON THE NORTHERLY R/W LINE OF LA ROUTE 75; THENCE ALONG THE NORTHERLY R/W LINE OF LA 75, N 81°25' 21" W 80.04' TO A POINT AND CORNER; THENCE N 18°01' 23" E 236.05' TO A POINT AND CORNER; THENCE N 71°58' 37" W 437.64' TO THE EAST EDGE OF PAVEMENT OF MAIN STREET; THENCE ALONG SAID EDGE OF PAVEMENT, N 18°01' 23" E 175.00' TO POINT AND CORNER; THENCE S 71°58' 37"E 386.75' TO POINT AND CORNER; THENCE N 18°01' 23" E 76.20' TO POINT AND CORNER; THENCE N 71°58' 37" W 40.11' TO POINT AND CORNER; THENCE N 18°01' 23" E 211.33' TO POINT AND CORNER; THENCE S 71°58' 37" E 152.39' TO POINT AND CORNER; THENCE S 18°01' 23"W 212.39' TO POINT AND CORNER; THENCE N 71°58' 37" W 89.89' TO POINT AND CORNER; THENCE S 18°01' 23" W 75.21' TO POINT AND CORNER; THENCE S 71°58' 37"E 109.06' TO A POINT LOCATED ON A CURVE TO THE LEFT ALSO BEING LOCATED ON THE PROPERTY LINE COMMON TO ARCADIAN FERTILIZER, L. P. AND RHONE-POULENCE, BASIC CHEMICALS CO.; THENCE ALONG SAID COMMON PROPERTY LINE ALONG THE ARC OF A CURVE TO THE LEFT 42.23', WHICH HAS A RADIUS OF 264.77' AND A LONG CHORD OF 42.19' WHICH BEARS S 22°35' 34"W; THENCE S 18°01' 23"W 355.47' TO THE POINT OF BEGINNING.
SAID TRACT OF LAND CONTAINING AN AREA OF 141879.85 SQ.FT. OR 3.25 ACRES, ALL AS SHOWN HEREON.

MORTGAGE BOOK 325 ENTRY 41
IBERVILLE PARISH, LOUISIANA

AMENDED AND SUPPLEMENTAL LIEN AFFIDAVIT
AND STATEMENT OF CLAIM AND PRIVILEGE
(Original Lien Affidavit filed January 27, 1999 Mortgage Book 324 Entry 173)

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

BEFORE ME, the undersigned Notary Public, personally came and appeared:

> SHAW CONSTRUCTORS, INC. F/K/A UNITED CRAFTS, INC. A SHAW GROUP COMPANY (hereinafter "SHAW"), a Louisiana corporation, whose address is 15556 Perkins Road, Baton Rouge, LA 70801, appearing through its Executive Vice President, Douglas F. Fussell;

who did depose and state as follows:

1. I have personal knowledge of all facts stated in this Amended and Supplemental Lien Affidavit; and all facts stated herein are true and correct. I am authorized to execute this document on behalf of SHAW CONSTRUCTORS, INC. F/K/A UNITED CRAFTS, INC. A SHAW GROUP COMPANY. A purpose of this filing is to amend and supplement the original Lien Affidavit filed January 27, 1999 Mortgage Book 324 Entry 173.

2. ICF KAISER ENGINEERS, INC., AND HENRY J. KAISER COMPANY, whose address is Gateway View Plaza, 1600 West Carson Street, Pittsburgh, PA 15219 (General Contractor) entered into a contract with the Owners of certain property, believed to be PCS NITROGEN COMPANY AND/OR PCS NITROGEN FERTILIZER, L.P. F/K/A ARCADIAN FERTILIZER, L.P. AND/OR PCS NITROGEN FERTILIZER, INC. AND/OR PCS NITROGEN, INC. AND/OR POTASH CORPORATION OF SASKATCHEWAN INC. (Owners) whose address is Louisiana Highway 3115 and 30, Post Office Box 307, Geismar, LA 70734, to provide labor, equipment, materials and other construction services for the construction of a project called "1265 STPD NITRIC ACID FACILITY."

3. On or about January 16, 1998, SHAW (Subcontractor) entered into a subcontract with ICF KAISER ENGINEERS, INC., AND HENRY J. KAISER COMPANY (General Contractor) to provide labor, equipment, materials and other services including, but not limited to, civil/structural construction, mechanical equipment installation, piping fabrication and piping erection for the "1265 STPD NITRIC ACID FACILITY." Pursuant to said subcontract, SHAW supplied labor, equipment, materials and other engineering/construction services to ICF KAISER ENGINEERS, INC., AND HENRY J. KAISER COMPANY to improve the immovable property described in paragraph 4, below.

4. The subject immovable property, upon which the work was performed, is owned by ARCADIAN FERTILIZER, L.P. AND/OR PCS NITROGEN, INC. AND/OR PCS NITROGEN COMPANY AND/OR PCS NITROGEN FERTILIZER, L.P. F/K/A ARCADIAN FERTILIZER, L.P. AND/OR PCS NITROGEN FERTILIZER, INC. AND/OR POTASH CORPORATION OF SASKATCHEWAN INC. which immovable property is further described on Exhibit A attached hereto and made a part hereof.

EXHIBIT
"B"

5. After all credits are app ed, there remains presently due and owing an unpaid balance of $5,350,000.00, plus interest, for the labor, materials, equipment and other engineering/construction services provided by SHAW as described above, under the terms of the subcontract. Said sum does not include lost profits or delay damages.

6. This Affidavit is made, filed and delivered to the parties pursuant to the Louisiana Private Works Act, La. R.S. 9:4801 *et seq.* for the purposes of (a) preserving SHAW's claims against the owner(s) of the property described herein; and (b)securing SHAW's privilege on the immovable property on which the work is performed.

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned Notary, in Baton Rouge, Louisiana, on this, the 16TH day of February 1999.

SHAW CONSTRUCTORS, INC. F/K/A UNITED CRAFTS, INC. A SHAW GROUP COMPANY

By: ______________________

Douglas F. Russell
Executive Vice-President
Shaw Constructors, Inc.

______________________
NOTARY PUBLIC

LEGAL DESCRIPTION
SOUTH TRACT

A TRACT OF LAND LOCATED IN SECTIONS 74, 75, & 79, T9S-R1E, SECTIONS 38, 39, & 40, T9S-R2E, SOUTHEASTERN DISTRICT, EAST OF MISSISSIPPI RIVER, ASCENSION & IBERVILLE PARISH, LOUISIANA

COMMENCE AT THE N.E. CORNER OF SECTION 52, T7S-R2E, LOCATED AT STATE PLANE COORDINATES X-2,091,259.00 & Y-576,554.43; THENCE S 18° 10' 15"W 9397.87' TO THE POINT OF BEGINNING, SHOWN AS POINT BEGINNING GEISMAR 1st ACQUISITION, IBERVILLE & ASCENSION PARISH, SHEET 1 OF 3, LOCATED AT STATE PLANE COORDINATES X-2,085,225.26, & Y-567,725.22; THENCE FROM SAID POINT OF BEGINNING S 71° 58' 37"E 18.42' TO POINT AND CORNER; THENCE S 18° 01' 23"W 162.00' TO POINT AND CORNER; THENCE S 71° 58' 37"E 630.00' TO POINT AND CORNER; THENCE N 18° 01' 23"E 300.00' TO POINT AND CORNER; THENCE S 71° 58' 37"E 195.00' TO POINT AND CORNER; THENCE S 18° ' 23"W 1635.57' TO POINT AND CORNER LOCATED ON THE ARC OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT A DISTANCE OF 124.33' WHICH HAS A RADIUS OF 533.81' AND LONG CHORD OF 124.05' WHICH BEARS S 15° 18' 15"E; THENCE S 21° 58' 35"E 10.65' TO POINT AND CORNER; THENCE S 18° 01' 23"W 477.52' TO POINT AND CORNER; THENCE N 71° 58' 37"W 150.00' TO POINT AND CORNER; THENCE S 18° 01' 23"W 353.85' TO THE SOUTHERLY RIGHT OF WAY LINE OF THE ILLINOIS CENTRAL RAILROAD; THENCE ALONG THE SOUTHERLY RIGHT OF WAY LINE OF THE ILLINOIS CENTRAL RAILROAD S 58° 26' 29"E 1440.00' TO THE EASTERLY LINE OF SECTION 40, T9S-R2E; THENCE S 18° 01' 24"W 50.16' TO POINT AND CORNER; THENCE N 58° 26' 28"W 613.10' TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT 478.45' WHICH HAS A RADIUS OF 254.77' AND A LONG CHORD OF 415.95' WHICH BEARS S 69° 47' 27"W; THENCE S 18° 01' 23"W 355.47' TO THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 75; THENCE ALONG THE NORTHERLY RIGHT OF WAY OF LA ROUTE 75 N 82° 29' 54"W 78.51' TO THE PROPERTY LINE COMMON TO ALLIED - SIGNAL CORPORATION AND ARCADIAN FERTILIZER L.P.; THENCE ALONG SAID COMMON PROPERTY LINE N 18° 01' 23" E 219.78' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE N 71° 58" 37"W 300.00' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE S 18° 01' 23"W 100.00' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE S 71° 58" 37"E 250.00' TO POINT AND CORNER; THENCE CONTINUING ALONG SAID COMMON PROPERTY LINE S 18° 01' 23"W 129.07' TO THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 75; THENCE ALONG THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 75 N 82° 29' 54"W 195.77' TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT A DISTANCE OF 282.35' WHICH HAS A RADIUS OF 4758.83' AND A LONG CHORD OF 282.34' WHICH BEARS N 84° 11' 53"W ; THENCE CONTINUING ALONG THE RIGHT OF WAY OF LA ROUTE 75 N 85° 53' 53"W 908.35' TO POINT AND CORNER; THENCE S 18° 01' 23"W 852.09' TO THE MEAN LOW WATER MARK OF THE MISSISSIPPI RIVER; THENCE FOLLOWING THE MEANDER LINE OF THE MEAN LOW WATER LINE OF THE MISSISSIPPI RIVER N 88° 09' 54"W 21.73'; THENCE N 81° 01' 26"W 150.25'; THENCE N 80° 21' 37"W 210.15'; THENCE N 80° 13' 24"W 189.72'; THENCE N 83° 17' 38"W 200.22'; THENCE N 88° 57'58"W 218.44'; THENCE LEAVING THE MEANDER LINE OF THE MISSISSIPPI RIVER N 18° 02' 07"E 4698.75' TO POINT AND CORNER; THENCE S 71° 58' 37"E 1200.82' ( 525.86+692.38-18.42) TO THE POINT OF BEGINNING, LESS AND EXCEPT THE FOLLOWING TRACTS OF LAND LOCATED WITHIN THE ABOVE DESCRIPTION.

LESS AND EXCEPT ALLIED - SIGNAL TRACT
A CERTAIN TRACT OF LAND LOCATED IN SECTION 74, T9S-R1E AND SECTIONS 39 & 40 T9S-R2E, SOUTHEASTERN DISTRICT, EAST OF MISSISSIPPI RIVER, ASCENSION AND IBERVILLE PARISH, LOUISIANA.

COMMENCE AT THE N.E. CORNER OF SECTION 52, T9S-R2E, LOCATED AT STATE PLANE COORDINATES X=2,091,269.00 & Y=575,654.43; THENCE S 18°10' 15"W 9397.87'; THENCE N 71°58' 37"W 573.95' (092.36-16.42-10" 30)TO THE EASTERLY RIGHT OF WAY LINE OF LA ROUTE 3115; THENCE ALONG SAID RIGHT OF WAY LINE OF LA ROUTE 3115 S 18°14' 38"W 2102.14' TO THE POINT OF BEGINNING; THENCE FROM SAID POINT OF BEGINNING S 58°26' 30"E 1249.53' TO POINT AND CORNER; THENCE S 18°01' 23"W 240.78' TO POINT AND CORNER; THENCE N 65°43' 25"W 384.47' TO THE BEGINNING OF A CURVE TO THE LEFT; THENCE ALONG THE ARC OF A CURVE TO THE LEFT 194.03' WHICH HAS A RADIUS OF 164.94' AND A LONG CHORD OF 183.03' WHICH BEARS S 80°34' 35"W; THENCE S 46°52' 32"W 183.79' TO POINT AND CORNER; THENCE S 46°52' 36"W 26.33' TO POINT AND CORNER; THENCE S 18°01' 23"W 96.05' TO POINT AND CORNER; THENCE N 71°58' 37"W 585.84' TO THE EASTERLY RIGHT OF WAY LINE OF LA ROUTE 3115 ; THENCE ALONG THE EASTTERLY RIGHT OF WAY LINE OF LA ROUTE 3115 N 18°19' 04"E 709.85'; THENCE N 18°14' 38"E 145.96' TO THE POINT OF BEGINNING. CONTAINING AN AREA OF 15.90935 ACRES.

LESS AND EXCEPT SULFURIC ACID PLANT
A CERTAIN TRACT OF LAND LOCATED IN SECTIONS 39 & 40, T9S-R2E SOUTHEASTERN DISTRICT EAST OF MISSISSIPPI RIVER, ASCENSION AND IBERVILLE PARISH, LOUISIANA.

COMMENCE AT THE N.E. CORNER OF SECTION 52, T9S-R2E LOCATED AT STATE PLANE COORDINATES X-2,091,259.00 & Y-576,654.43; THENCE S 18°10' 15"W 9397.87'; THENCE S 18°01' 14"W 2095.18'; THENCE S 58°25' 30"E 551.42'; THENCE S 18°01' 23"W 353.35' TO THE POINT OF BEGINNING; THENCE FROM SAID POINT OF BEGINNING N 71°58' 37"W 66.00' TO POINT AND CORNER; THENCE S 18°01' 23"W 113.00' TO POINT AND CORNER; THENCE S 71°58' 37"E 66.00', TO POINT AND CORNER; THENCE S 18°01' 23"W 67.00' TO POINT AND CORNER; THENCE N 71°58' 37"W 646.01' TO POINT AND CORNER; THENCE N 18°01' 23"E 96.05' TO POINT AND CORNER; THENCE N 46°52' 35"E 26.33' TO POINT AND CORNER; THENCE N 46°52' 32"E 183.79 TO THE BEGINNING OF A CURVE TO THE RIGHT; THENCE ALONG THE ARC OF A CURVE TO THE RIGHT 194.03' WHICH HAS A RADIUS OF 164.94' AND A LONG CHORD OF 183.03' WHICH BEARS N 80°34' 35"E;
x THENCE S 65°43' 25"E 384.47' TO POINT AND CORNER; THENCE S 18°01' 23"W 122.57' TO THE POINT OF BEGINNING. CONTAINING AN AREA OF 4.5615 ACRES

THE TOTAL NET AREA OF THE ABOVE DESCRIBED SOUTHERN TRACT, LESS AND EXCEPT ALLIED - SIGNAL & SULFURIC ACID PLANT TRACTS, CONTAINING 176.7667 ACRES ALL AS SHOWN ON SURVEY PREPARED BY CARL L. MISTRIC, REGISTERED PROFESSIONAL LAND SURVEYOR, DATED APRIL 10,1992, as updated April 27,1992.

EXHIBIT
"A"

LEGAL DESCRIPTION
NORTH TRACT

A CERTAIN TRACT OF LAND LOCATED IN SECTIONS 19, 20, 29, 31, 32, 51, 52 & 55 T9S-R2E SOUTHEASTERN DISTRICT, EAST OF MISSISSIPPI RIVER, ASCENSION AND IBERVILLE PARISH, LOUISIANA

COMMENCE AT THE N.E. CORNER OF SECTION 52, T9S-R2E LOCATED AT STATE PLANE COORDINATES X-2,091,259.00 & Y-576,654.43; THENCE S 18°11' 30"W 1670.95' TO THE POINT OF BEGINNING; THENCE FROM SAID POINT OF BEGINNING N 57°26' 34"E 1835.44' TO THE SOUTHERLY RIGHT OF WAY LINE OF LA ROUTE 74; THENCE ALONG THE SOUTHERLY RIGHT OF WAY LINE OF LA ROUTE 74 S 69°39' 34"E 1730.05'; TH[illegible] ALONG THE ARC OF A CURVE TO THE LEFT 486.37' WHICH HAS A RADIUS OF 1884.78' AND A LONG CHORD OF 485.02' WHICH BEARS S 77°03' 07"E; THENCE S 5°33' 20"W 5.00'; THENCE S 84°26' 40"E 1336.35' (1071.99 +264.36); THENCE ALONG THE ARC OF A CURVE TO THE LEFT 580.55' WHICH HAS A RADIUS OF 1406.70' AND A LONG CHORD OF 560.34' WHICH BEARS N 81° 58'51"E; THENCE N 68°24' 22"E 4812.92'; THENCE S 21° 35' 38"E 10.00'; THENCE N 68°24' 22"E 492.22' TO POINT AND CORNER; THENCE LEAVING THE SOUTHERLY RIGHT OF WAY OF LA ROUTE 74 S 5°58' 45"W 3029.77' TO POINT AND CORNER; THENCE S 65°10' 30"W 2245.23' TO THE SOUTHERLY RIGHT OF WAY OF GULF STATES UTILITIES COMPANY POWER LINE; THENCE ALONG SAID GSU R/W LINE N 59°14' 25"W 1077.66' TO POINT AND CORNER; THENCE S 18°01' 23"W 1649.17' TO POINT AND CORNER; THENCE S 33°58' 06"W 1537.02' TO THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 30; THENCE ALONG THE NORTHERLY RIGHT OF WAY LINE OF LA ROUTE 30 ALONG THE ARC OF A CURVE TO THE LEFT 502.07' WHICH HAS A RADIUS OF 5790.00' AND A LONG CHORD OF 501.91' WHICH BEARS N 71°14' 37"W; THENCE N 73°43' 40"W 6768.32'(1979.99+ 4253.88+534.45); THENCE N 27°50' 14"W 71.64'; THENCE N 73°43' 40"W 100.04'; THENCE S 62°09' 46"W 73.89'; THENCE N 73°43' 40"W 468.47' TO POINT AND CORNER; THENCE FROM LA ROUTE 30 RIGHT OF WAY N 18° 09' 38"E 2098.77' TO POINT AND CORNER; THENCE S 71°58' 37"E 1049.92' TO POINT AND CORNER; THENCE N 57°26' 34"E 247.24' TO THE POINT OF BEGINNING, CONTAINING A TOTAL AREA OF 865.1895 ACRES. ALL AS SHOWN ON SURVEY, SHEET 2 OF 3, PREPARED BY CARL L. MISTRIC, REGISTERED PROFESSIONAL LAND SURVEYOR, DATED APRIL 10 1992, AS UP-DATED APRIL 27, 1992.

EXHIBIT
"A"

Metes and Bounds
of Real Property
Underlying Excluded Assets

LEGAL DESCRIPTION

A TRACT OF LAND LOCATED IN SECTION 40, T9S-R2E, SOUTHEASTERN DISTRICT, EAST OF RIVER, ASCENSION PARISH, LOUISIANA AND MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT A 2" IRON PIPE LOCATED AT THE NORTHEAST CORNER OF SECTION 52, T9S-R2E, AT STATE PLANE COORDINATES X-2091269.00 & Y-576651.43; THENCE S 12°32'11" W 12773.81' TO THE POINT OF BEGINNING AT STATE PLANE COORDINATES X-2080496.34 & Y=564183.16, LOCATED ON THE NORTHERLY R/W LINE OF LA ROUTE 75; THENCE ALONG THE NORTHERLY R/W LINE OF LA 75, N 84°25'21" W 80.04' TO A POINT AND CORNER; THENCE N 18°01'23" E 235.05' TO A POINT AND CORNER; THENCE N 71°58'37" W 437.64' TO THE EAST EDGE OF PAVEMENT OF MAIN STREET; THENCE ALONG SAID EDGE OF PAVEMENT, N 18°01'23" E 175.00' TO POINT AND CORNER; THENCE S 71°58'37" E 385.75' TO POINT AND CORNER; THENCE N 18°01'23" E 75.20' TO POINT AND CORNER; THENCE N 71°58'37" W 40.11' TO POINT AND CORNER; THENCE N 18°01'23" E 211.33' TO POINT AND CORNER; THENCE S 71°58'37" E 152.39' TO POINT AND CORNER; THENCE S 18°01'23" W 212.39' TO POINT AND CORNER; THENCE N 71°58'37" W 89.89' TO POINT AND CORNER; THENCE S 18°01'23" W 75.21' TO POINT AND CORNER; THENCE S 71°58'37" E 109.06' TO A POINT LOCATED ON A CURVE TO THE LEFT ALSO BEING LOCATED ON THE PROPERTY LINE COMMON TO ARCADIAN FERTILIZER, L. P. AND RHONE-POULENCE, BASIC CHEMICALS CO.; THENCE ALONG SAID COMMON PROPERTY LINE ALONG THE ARC OF A CURVE TO THE LEFT 42.23', WHICH HAS A RADIUS OF 364.77' AND A LONG CHORD OF 42.19' WHICH BEARS S 22°35'34" W; THENCE S 18°01'23" W 355.47' TO THE POINT OF BEGINNING. SAID TRACT OF LAND CONTAINING AN AREA OF 141879.85 SQ.FT. OR 3.26 ACRES, ALL AS SHOWN HEREON.

EXHIBIT
"A"

2-17-99

Filed Iberville Parish
Date: 02/17/99 Time:

Clerk of Court
Iberville Parish
Plaquemines, LA
Date: 02/17/99 Time: 9:24 AM
Receipt# 99-000739

Instr# 1772

| | |
|---|---|
| Total Due: | 57.00 |
| Cash Total: | 60.00 |
| Total Paid: | 60.00 |
| Change Tendered: | 3.00 |

WRAY & KRACHT, L.L.P.
ATTORNEYS AT LAW
5643 CORPORATE BOULEVARD
POST OFFICE BOX 80239
BATON ROUGE, LOUISIANA 70898-0239
FAX (225) 928-3266
TELEPHONE (225) 928-3200

ERIC A. KRACHT
RUSSEL W. WRAY
CHRISTOPHER P. PIERCE
E. ALLEN GRAVES, JR.

JEAN MARIE MURNANE
DAVID W. CARLEY

Of Counsel
W. P. WRAY, JR.
CHARLES Wm. ROBERTS

February 24, 1999

RECEIVED
MAR 0 8 1999
LAW DEPARTMENT

*By Certified Mail -- Z 168 357 775*
*Return Receipt Requested*

Potash Corporation of Saskatchewan, Inc.
Attn: Mr. John Hampton
Senior Vice President
Chief Legal Counsel
Suite 500, 122-1st Avenue South
Saskatoon, SK S7K7G3 CANADA

Re: **Shaw Constructors, Inc.**
**vs. ICF Kaiser Engineers, Inc., and**
**PCS Nitrogen Fertilizer, L.P., *et al***
Suit No. 51,792 Div. "D"
18th Judicial District Court
Iberville Parish, Louisiana

Dear Mr. Hampton:

Pursuant to the Louisiana Long Arm Statute (La. R.S.13:3201 *et seq.*) we herewith serve you with a certified copy of the *Petition* filed on February 23, 1999 and a *Citation* issued by the 18th Judicial District Court in and for Iberville Parish, Louisiana.

Yours very truly,

WRAY & KRACHT, L.L.P.

Eric A. Kracht

EAK:pzb
Enclosure

# CITATION

SHAW CONSTRUCTORS, INC.

Vs. No. 51,792 "D"

ICF KAISER ENGINEERS, INC., AND PCS NITROGEN FERTILIZER, L.P., ET AL

STATE OF LOUISIANA

PARISH OF IBERVILLE

18th. JUDICIAL DISTRICT COURT

The State of Louisiana and said Court to Potash Corporation of Saskatchewan, Inc. via Long Arm(La.R.S. 13:3204) ~~Mr. JOhn Hampton~~ Senior Vice President ~~Chief Legal Counsel~~ Suite 500 122-1st Avenue South Saskatoon, SK S7KG3 Canada

You are hereby summoned either to comply with the demand contained in the petition of the said SHAW CONSTRUCTORS, INC. a copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 30 days after the service hereof, under penalty of default.

Witness the Honorable Judges, of said Court, this 23rd day of February A. D. 1999.

Deputy Clerk.

**SHERIFF'S RETURN**

Received on ______ and on ______ served a copy of the within citation and also a duly certified copy of the plantiff's petition on ______ at ______ his usual place of domicile, in the Parish of Iberville, by handing same to ______ in person.

______ Sheriff.

Received on ______ and on ______ served a copy of the within citation, also a duly certified copy of plaintiff's petition on ______ by handing same to ______ a person above the age of sixteen years residing in same domicile with the said ______ the said ______ being absent at the time of the service, all of which facts I learned by interrogating the said ______.

______ Sheriff.

Costs $ ______

Mileage ______

Ferry ______

1999 FEB 23 P 2: 28

FILED ______

Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana



**Service of Process Transmittal Form**
**Knoxville,Tennessee**

**02/26/1999**

**Via Federal Express (2nd Day)**

**TO:** Helen Jansson
Goodman, Phillips & Vineberg
430 Park Avenue
New York, NY 10022-0000

**RE: PROCESS SERVED IN TENNESSEE**

**FOR** PCS NITROGEN, INC. Domestic State: De

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**1. TITLE OF ACTION:** SHAW CONSTRUCTORS, INC. vs ICF KAISER ENGINEERS, INC. AND PCS NITROGEN FERTILIZER, L.P., ET AL

**2. DOCUMENT(S) SERVED:** Citation, Petition, Exhibits

**3. COURT:** 18th Judicial District Court for the Parish of Iberville, State of Louisiana
Case Number 51,792

**4. NATURE OF ACTION:** Breach of Contract - alleging monies due and owing

**5. ON WHOM PROCESS WAS SERVED:** CT Corporation System, Knoxville, Tennessee

**6. DATE AND HOUR OF SERVICE:** By Certified mail on 02/26/1999 with Postmarked Date 02/24/1999

**7. APPEARANCE OR ANSWER DUE:** 30 days

**8. ATTORNEY(S):** Eric A. Kracht
David W. Carley
P.O. Box 80239
5643 Corporate Blvd.
Baton Rouge, LA 70898-0239

**9. REMARKS:**

**SIGNED** CT Corporation System

**PER** Supervisor of Process /SP
**ADDRESS** 530 Gay Street
Knoxville, TN 37902
SOP WS 0002248274

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

WRAY & KRACHT, L.L.P.
ATTORNEYS AT LAW
5643 CORPORATE BOULEVARD
POST OFFICE BOX 80239
BATON ROUGE, LOUISIANA 70898-0239
FAX (225) 928-3266
TELEPHONE (225) 928-3200

ERIC A. KRACHT
RUSSEL W. WRAY
CHRISTOPHER P. PIERCE
E. ALLEN GRAVES, JR.

JEAN MARIE MURNANE
DAVID W. CARLEY

Of Counsel
W. P. WRAY, JR.
CHARLES Wm. ROBERTS

February 24, 1999

***By Certified Mail -- Z 168 357 774***
***Return Receipt Requested***

PCS Nitrogen, Inc.
c/o CT Corporation System
530 Gay Street
Knoxville, TN 37902

Re: **Shaw Constructors, Inc.**
**vs. ICF Kaiser Engineers, Inc., and**
**PCS Nitrogen Fertilizer, L.P., *et al***
Suit No. 51,792 Div. "D"
18th Judicial District Court
Iberville Parish, Louisiana

Gentlemen:

Pursuant to the Louisiana Long Arm Statute (La. R.S.13:3201 *et seq.*) we herewith serve you with a certified copy of the *Petition* filed on February 23, 1999 and a *Citation* issued by the 18th Judicial District Court in and for Iberville Parish, Louisiana.

Yours very truly,

WRAY & KRACHT, L.L.P.

Eric A. Kracht

EAK:pzb
Enclosure

# CITATION

SHAW CONSTRUCTORS, INC.

Vs. No. 51,792 "D"

ICF KAISER ENGINEERS, INC., AND
PCS NITROGEN FERTILIZER, L.P., ET AL

STATE OF LOUISIANA

PARISH OF IBERVILLE

18th. JUDICIAL DISTRICT COURT

The State of Louisiana and said Court to PCS NITROGEN, INC.
via Long Arm(La.R.S. 13:3204)
CT Corporation System
530 Gay Street
Knoxville, TN 37902

You are hereby summoned either to comply with the demand contained in the petition of the said SHAW CONSTRUCTORS, INC. a copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 30 days after the service hereof, under penalty of default.

Witness the Honorable Judges, of said Court, this 23rd day of February A. D. 19 99.

Deputy Clerk.

**SHERIFF'S RETURN**

Received on ________ and on ________ served a copy of the within citation and also a duly certified copy of the plantiff's petition on ________ at ________ his usual place of domicile, in the Parish of Iberville, by handing same to ________ in person.

________ Sheriff.

Received on ________ and on ________ served a copy of the within citation, also a duly certified copy of plaintiff's petition on ________ by handing same to ________ a person above the age of sixteen years residing in same domicile with the said ________ the said ________ being absent at the time of the service, all of which facts I learned by interrogating the said ________.

________ Sheriff.

Costs $ ________

Mileage ________

Ferry ________

1999 FEB 23 P 2:27

FILED ________

Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana


CT System

**Service of Process Transmittal Form**
**Baton Rouge,Louisiana**

**03/01/1999**

**Via Federal Express (2nd Day)**

**TO:** J. CABELL ACREE III ASSISTANT GENERAL COUNSEL
PCS NITROGEN, INC.
3175 LENOX PARK BOULEVARD
SUITE 400
MEMPHIS, TN 38115-4256

Phone: (901) 758-5375 ex:
FAX: (901) 758-5201

**RE: PROCESS SERVED IN LOUISIANA**

**FOR** PCS Nitrogen Fertilizer, L.P. Domestic State: De

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**1. TITLE OF ACTION:** Shaw Construction, Inc. vs ICF Kaiser Engineers, Inc., et al. including PCS NITROGEN FERTILIZER, L.P.

**2. DOCUMENT(S) SERVED:** Citation, Petition, Exhibits

**3. COURT:** 18th Judicial District Court, Iberville Parish, Louisiana
Case Number 51792

**4. NATURE OF ACTION:** Petition for Breach of Contract

**5. ON WHOM PROCESS WAS SERVED:** CT Corporation System, Baton Rouge, Louisiana

**6. DATE AND HOUR OF SERVICE:** By Process server on 03/01/1999 at 09:00

**7. APPEARANCE OR ANSWER DUE:** Within 15 days

**8. ATTORNEY(S):** Patrick W. Pendley
58005 Meriam Street
P.O. Box 71
Plaquemine, LA 70765-0071

**9. REMARKS:**

**CC:** Joe Podwika
PCS NITROGEN, INC.
3175 Lenox Park Boulevard
Suite 400
Memphis, TN 38115-4256

**SIGNED** CT Corporation System
**PER** Mary A. Belton /SS
**ADDRESS** 8550 United Plaza Boulevard
Baton Rouge, LA 70809
SOP WS 0002249687

Information contained on this transmittal form is recorded for C T Corporation System's record keeping purposes only and to permit quick reference for the recipient. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information that can be obtained from the documents themselves. The recipient is responsible for interpreting the documents and for taking the appropriate action.

SERVE

# CITATION

SHAW CONSTRUCTORS, INC.

Vs. No. 5_,792 "D"

ICF KAISER ENGINEERS, INC., AND PCS NITROGEN FERTILIZER, L.P., ET AL

STATE OF LOUISIANA

PARISH OF IBERVILLE

18th. JUDICIAL DISTRICT COURT

The State of Louisiana and said Court to PCS NITROGEN FERTILIZER, L.P. ~~(a/k/a or f/k/a "Acadian Fertilizer, L.P.)~~ through is registered agent for service of p: CT Corporation System 8550 United Plaza Blvd. Baton Rouge, La. 70809

You are hereby summoned either to comply with the demand contained in the petition of the said SHAW CONSTRUCTORS, INC. a copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

Witness the Honorable Judges, of said Court, this 23rd day of February A. D. 19 99

Deputy Clerk.

## SHERIFF'S RETURN

Received on ____ and on ____ served a copy of the within citation and also a duly certified copy of the plantiff's petition on ____ at ____ his usual place of domicile, in the Parish of Iberville, by handing same to ____ in person.

____ Sheriff.

Received on ____ and on ____ served a copy of the within citation, also a duly certified copy of plaintiff's petition on ____ by handing same to ____ a person above the age of sixteen years residing in same domicile with the said ____ the said ____ being absent at the time of the service, all of which facts I learned by interrogating the said ____.

____ Sheriff.

Costs $ ____

Mileage ____

Ferry ____

FILED ____

Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

# CITATION

SHAW CONSTRUCTORS ---

CSC The United States Corporation Company
1013 Centre Road, Wilmington, DE, 19805-1297
(302) 636-5400

United States Corporation Company — The Prentice-Hall Corporation System, Inc.

## NOTICE OF SERVICE OF PROCESS

**Date Processed:** 01-MAR-99 **Transmittal #:** LA0642036C ALL

**To:** MS. SANDRA LITTLE
ICF KAISER ENGINEERS, INC.
9300 LEE HIGHWAY
FAIRFAX VA 22031

**Redirect sent to:**

**TYPE OF REPRESENTATION:** Statutory

*We enclose the following documents which were served upon:* Corporation Service Company

*as registered agent in* *Louisiana* *for* HENRY J. KAISER COMPANY (ID#: 1575118)

*Documents were served on* *01-MAR-99* *via United Parcel Service* **ID#:** N/A

**Title of Action:** Shaw Constructors, Inc.
**vs.** ICF Kaiser Engineers, Inc.
**Court:** 18th JD, Iberville Parish, LA
**Nature of Case:** Contract
Subcontract No. 67856-3003, dated January 16, 1998. Jobsite in Geismar, LA

**Case #:** 51,792

____ Summons
____ Complaint
____ Garnishment
____ Subpoena

____ Notice of Mechanic's Lien
____ Notice of Attorney's Lien
____ Notice of Default Judgment

____ A self-addressed stamped envelope enclosed
____ Duplicate copies of the Notice and Acknowledgement enclosed

_X_ Other: Citation, Petition, Exhibits A-B

**Answer Due:** Within 15 days after service
**Documents Sent:** Federal Express **ID#:**
**Call Placed:** No call placed **Spoke to:** N/A
**Comments:** N/A

**Attorney for Claimant:**
Patrick W. Pendley
Attorney at Law
P. O. Box 71
Plaquemine, LA 70765-0071
225-687-6396

Form Prepared By: Jeanne Clement

*Please acknowledge receipt of this notice and the enclosures by signing and returning this acknowledgement copy. A business reply envelope is enclosed for your convenience.*

**DATE RECEIVED:**________ **CLIENT SIGNATURE:**________________
Acknowledgement Copy - to be returned to the address above

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.

Mileage ________ FILED ________________

Ferry ________

________________
Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

5

# CITATION

SHAW CONSTRUCTORS, INC.

Vs. No. 51,792 "D"

ICF KAISER ENGINEERS, INC., AND PCS NITROGEN FERTILIZER, L.P., ET AL

STATE OF LOUISIANA

PARISH OF IBERVILLE

18th. JUDICIAL DISTRICT COURT

The State of Louisiana and said Court to HENRY J. KAISER COMPANY through is registered agent for service of p Corporation Service Company 320 Somerulos Street Baton Rouge, La. 70802-6129

You are hereby summoned either to comply with the demand contained in the petition of the said SHAW CONSTRUCTORS, INC. a copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

Witness the Honorable Judges, of said Court, this 23rd day of February A. D. 1999.

[signature]
Deputy Clerk.

## SHERIFF'S RETURN

Received on ______ and on ______ served a copy of the within citation and also a duly certified copy of the plantiff's petition on ______ at ______ his usual place of domicile, in the Parish of Iberville, by handing same to ______ in person.

______ Sheriff.

Received on ______ and on ______ served a copy of the within citation, also a duly certified copy of plaintiff's petition on ______ by handing same to ______ a person above the age of sixteen years residing in same domicile with the said ______ the said ______ being absent at the time of the service, all of which facts I learned by interrogating the said ______.

______ Sheriff.

Costs $______

Mileage ______

Ferry ______

FILED ______

Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

SERVE 3

# CITATION

SHAW CONSTRUCTORS, INC.

Vs. No. 51,792 "D"

ICF KAISER ENGINEERS, INC., AND PCS NITROGEN FERTILIZER, L.P., ET AL

STATE OF LOUISIANA

PARISH OF IBERVILLE

18th. JUDICIAL DISTRICT COURT

The State of Louisiana and said Court to ICF KAISER ENGINEERS, INC. through its registered agent for service of Corporation Service Company 320 Somerulos Street Baton Rouge, La. 70802-6129

You are hereby summoned either to comply with the demand contained in the petition of the said SHAW CONSTRUCTORS, INC. a copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

Witness the Honorable Judges, of said Court, this 23rd day of February A. D. 1999.

[signature]
Deputy Clerk.

**SHERIFF'S RETURN**

Received on ______ and on ______ served a copy of the within citation and also a duly certified copy of the plaintiff's petition on ______ at ______ his usual place of domicile, in the Parish of Iberville, by handing same to ______ in person.

______ Sheriff.

Received on ______ and on ______ served a copy of the within citation, also a duly certified copy of plaintiff's petition on ______ by handing same to ______ a person above the age of sixteen years residing in same domicile with the said ______ the said ______ being absent at the time of the service, all of which facts I learned by interrogating the said ______.

______ Sheriff.

Costs $______
Mileage ______
Ferry ______

FILED ______

______
Clerk, Ex-Officio, Recorder, Iberville Parish, Louisiana

SERVE 3

# CITATION

SHAW CONSTRUCTORS, INC.

Vs. No. 51,792 "D"

ICF KAISER ENGINEERS, INC., AND

STATE OF LOUISIANA

PARISH OF IBERVILLE

CSC ... ...ited States Corporation Company
1013 Centre Road, Wilmington, DE, 19805-1297
(302) 636-5400

United States Corporation Company — The Prentice-Hall Corporation System, Inc

## NOTICE OF SERVICE OF PROCESS

**Date Processed:** 01-MAR-99 **Transmittal #:** LA0642033C ALL

**To:** MS. SANDRA LITTLE
ICF KAISER ENGINEERS, INC.
9300 LEE HIGHWAY
FAIRFAX VA 22031

**Redirect sent to:**

**TYPE OF REPRESENTATION:** Statutory

*We enclose the following documents which were served upon:* Corporation Service Company
*as registered agent in* *Louisiana* *for* ICF KAISER ENGINEERS, INC. (ID#: 1560674)
*Documents were served on 01-MAR-99 via Personal Service* ID#: N/A

**Title of Action:** Shaw Constructors, Inc.
**vs.** ICF Kaiser Engineers, Inc., et al.
**Court:** 18th JD, Iberville Parish, LA
**Nature of Case:** Contract
Subcontract No. 67856-3003 dated January 16, 1998. Jobsite in Geismar, LA

**Case #:** 51,792

____ Summons
____ Complaint
____ Garnishment
____ Subpoena
____ Notice of Mechanic's Lien
____ Notice of Attorney's Lien
____ Notice of Default Judgment
____ A self-addressed stamped envelope enclosed
____ Duplicate copies of the Notice and Acknowledgement enclosed

_X_ Other: Citation, Petition, Exhibits A-B

**Answer Due:** Within 15 days after service
**Documents Sent:** Federal Express
**Call Placed:** No call placed
**Comments:** N/A

ID#:
Spoke to: N/A

**Attorney for Claimant:**
Patrick W. Pendley

Attorney at Law
P. O. Box 71
Plaquemine, LA 70765-0071
225-687-6396

Form Prepared By: Jeanne Clement

*Please acknowledge receipt of this notice and the enclosures by signing and returning this acknowledgement copy. A business reply envelope is enclosed for your convenience.*

**DATE RECEIVED:** 3/3/99 **CLIENT SIGNATURE:** [signature]
Acknowledgement Copy - to be returned to the address above

The information on this transmittal is provided for use in forwarding the attached documents. This information does not constitute a legal opinion as to the facts or details of this action. These should be obtained from the documents themselves. The receiver of this transmittal is responsible for interpreting the documents and for taking appropriate action. If you have received only a copy of the transmittal, you should be aware that the documents have been sent to the original addressee. You should contact that addressee for details or interpretations of the content of those documents.