UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHAW CONSTRUCTORS, INC.

VERSUS

ICF KAISER ENGINEERS, INC.,
ET AL

CIVIL ACTION

NUMBER 99-254-SCR

**<u>AMENDED JUDGMENT</u>**

Judgment is hereby rendered in favor of plaintiff Shaw Constructors, Inc., and against defendant PCS Nitrogen Fertilizer, L.P., in the amount of $1,455,060.47, with legal interest thereon from February 23, 1999 at the annual rates provided by Louisiana law until the date of judgment, and thereafter as provided by 28 U.S.C. § 1961.

Judgment is further rendered in favor of Shaw Constructors, Inc. and against PCS Nitrogen Fertilizer, L.P. recognizing to the extent of the dollar amount of this judgment, Shaw's right to enforce its claim and privilege against PCS personally and against PCS's property, pursuant to Shaw's Amended and Supplemental Lien Affidavits and Statements of Claim and Privilege recorded on February 17, 1999 in Ascension Parish, Louisiana (Mortgage Book 824, page 299) and Iberville Parish, Louisiana (Mortgage Book 325, Entry 041).

Costs allowed under 28 U.S.C. § 1920 shall be taxed by the Clerk of Court against defendant PCS Nitrogen Fertilizer, L.P. in

accordance with the applicable provisions of Local Civil Rule 54.

Baton Rouge, Louisiana, April 29, 2008.

                              /s/ Stephen C. Riedlinger
                              STEPHEN C. RIEDLINGER
                              UNITED STATES MAGISTRATE JUDGE